IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN ALAN LYERLY | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:08CV84-LG-RHW |
| | § | |
| STEVE GARBER, HANCOCK COUNTY, JOE STEWART, and PEARL RIVER COUNTY | § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker, [25] , the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Robert H. Walker, entered on October 29, 2008, be, and the same hereby is, adopted as the finding of this Court.  The Petition is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of November, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE